**UNITED STATES BANKRUPTCY COURT**
**FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| RE: ) | |
| ) | |
| BRIAN MATTHEW COLE ) | Case No.  09-11329-RGM |
| _____Debtor ) | Chapter 7 |

**REPORT OF SMALL DIVIDENDS**

      Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. 347, the trustee submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The small dividends represent the dividend due and payable to:

| **Creditors Name and Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| PYOD assignee of Citibank<br>c/o Resurgent Capital<br>PO Box 19008<br>Greenville, SC 29602 | 4 | $1.46 |
| PYOD assignee of Citibank<br>c/o Resurgent Capital<br>PO Box 19008<br>Greenville, SC 29602 | 5 | $0.09 |
| Recovery Mang. Syst. Corp.<br>For GE Money Bank<br>DBA Lowe's<br>25 SE 2nd Ave., #1120<br>Miami, FL 33131 | 8 | $1.04 |

Dated: January 19, 2010            /s/Gordon P. Peyton
                                                   Gordon P. Peyton
                                                   Virginia State Bar #5155
                                                   510 King Street, Suite 310
                                                   Alexandria, VA 22314
                                                   (703)684-2000